**FILED**
July 16, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Joseph Hinojos_____
DEPUTY

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western  District of  Texas

| | |
|---|---|
| United States of America<br>v. | ) )<br>) )<br>) )<br>) )<br>) ) |

Case No.   **PE: 26-MJ-280**

Jose Carmen Omar GARCIA-Vega
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 14, 2026  in the county of  Ward  in the Western  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1001 | Whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact (2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry. |
| 8 U.S.C. 1325 | |

This criminal complaint is based on these facts:

See Affidavit.

[X]  Continued on the attached sheet.

Complaint sworn to telephonic ally and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

*Luis R. Gavidia*
*Complainant's signature*

Border Patrol Agent Luis R. Gavidia
*Printed name and title*

Date:    7/16/2026

*Judge's signature*

City and state:  Pecos, TX

Honorable Judge David B. Fannin
*Printed name and title*

**AFFIDAVIT**

**United States of America v. Jose Carmen Omar GARCIA-Vega**

On July 14, 2026, Deputies with the Ward County Sheriff's Office were conducting patrol duties in the vicinity of Jim Street and North Loop 464 in Monahans, TX. During this patrol, deputies observed a white Chevrolet Silverado bearing Texas license plates which had a defective high center brake light. A deputy initiated a traffic stop on the vehicle for this equipment violation.

Upon approaching the vehicle, the deputy observed two male occupants. The driver presented a New Mexico driver license, and the passenger provided a Mexican driver's license. The driver identified himself to the deputy using the information on the driver license. Based on the deputy's training and experience, including knowledge that New Mexico has previously issued driver licenses to individuals without lawful status in the United States, and noting that neither occupant was able to communicate in English, the deputy requested assistance from U.S. Border Patrol for further investigation.

Border Patrol Agents (BPA) responded to the scene and conducted an immigration inspection of the vehicle's occupants. The BPAs asked the subjects if they preferred to be addressed in English or Spanish; the driver responded in Spanish. The driver provided the deputy with a New Mexico driver license in the name of German SANCHEZ-Garcia, date of birth of ▮▮▮▮, 1988. When asked by BPAs to state his full name and date of birth, the driver identified himself as German SANCHEZ-Garcia and provided the same date of birth, both in the Spanish language.

SANCHEZ-Garcia was asked if he possessed any documentation permitting him to be lawfully present in the United States. He responded "no" in Spanish. When asked if he was in the country illegally, SANCHEZ-Garcia responded "yes," also in Spanish. Both occupants of the vehicle were placed under arrest for further investigation of being present in the United States without lawful status.

Both subjects were transported to the Van Horn Border Patrol Station, where they were fingerprinted and processed. The official law enforcement fingerprint database checks revealed the driver twice provided a false name and date of birth to federal agents–German SANCHEZ-Garcia DOB: ▮▮▮▮ 1988–during the initial immigration inspection and subsequent to his arrest. The driver's actual name and date of birth is Jose Carmen Omar GARCIA-VEGA, DOB: ▮▮▮▮ 1993, born in Durango, Mexico. GARCIA-Vega was not in possession of documentation granting consent to be in or remain in the United States legally.

I make this affidavit based on my personal knowledge and on information provided to me by other law enforcement officers. This affidavit is submitted for the limited purpose of establishing probable cause as set forth herein and does not contain every fact known to me regarding this investigation.

_Luis R. Gavidia_

Luis R. Gavidia
Border Patrol Agent

_____

Honorable David B. Fannin
United States Magistrate Judge